

Memorial Hermann Accountable Care Organization,

      Petitioner

      v.

Commissioner of Internal Revenue

      Respondent

Electronically Filed

Docket No. 4412-22X

Document No. 51

# Notice of Appeal for the 5th Circuit

Certificate of Service

**SERVED 11/17/23**



**Received**

11/17/23 08:21 pm

**Filed**

11/17/23

Memorial Hermann Accountable Care Organization,

      Petitioner

      v.

Commissioner of Internal Revenue

      Respondent

Electronically Filed

Docket No. 4412-22X

Document No. 51

# Notice of Appeal

Certificate of Service

# UNITED STATES TAX COURT

| | | |
|---|---|---|
| MEMORIAL HERMANN ACCOUNTABLE CARE ORGANIZATION. | § § § § | |
| Petitioner, | § § | |
| v. | § § | Docket No. 4412-22. |
| COMMISSIONER OF INTERNAL REVENUE, | § § § § | |
| Respondent. | § § | |

## NOTICE OF APPEAL

Petitioner, Memorial Hermann Accountable Care Organization, hereby notifies the Court and Respondent that they appeal to the United States Court of Appeals for the Fifth Circuit that part of the Order of this Court entered in the above-captioned proceeding on August 24, 2023 denying Petitioners' motion to vacate or revise pursuant to Rule 161 at index no. 37, Petitioner's Motion for Reconsideration of Findings and Opinion and Memorandum in Support.  It was further ORDERED that Petitioner's motion to vacate or revise pursuant to Rule 161 at index no. 38, Petitioner's Motion for Reconsideration Based Upon Newly Discovered Evidence is denied.   The Tax Court served the Parties on August 24, 2023 with its Order.

1

At the time the Petition was filed with the Tax Court, and at this time, the Petitioners' legal residence is in the State of Texas.  Accordingly, venue properly lies with the United States Court of Appeals for the Fifth Circuit pursuant to Section 7482(b)(1)(A) of the Internal Revenue Code.

This 17th day of May 2023.

JUAN F. VASQUEZ, JR.
Tax Court Bar No. VJ0241
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9679
Facsimile: (713) 658-2553
Juan.Vasquez@chamberlainlaw.com

PETER A. LOWY
Tax Court Bar No. LP0223
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-2582
Facsimile: (713) 658-2553
Peter.Lowy@chamberlainlaw.com

VICTOR J. VISER
Tax Court Bar No. VV0031
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
112 East Pecan Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 278-5827
Facsimile: (210) 253-8383
Victor.Viser@chamberlainlaw.com


TANIA P. ALBUJA
Tax Court Bar No. AT21619
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 356-1204
Facsimile: (713) 658-2553
COUNSEL FOR PETITIONER
Tania.Albuja@chamberlainlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **NOTICE OF APPEAL** was sent electronically filed and served to all counsel of record on the 17th day of November, 2023.

_____
JUAN F. VASQUEZ, JR.
Tax Court Bar No. VJ0241
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9679
Facsimile: (713) 658-2553
Juan.Vasquez@chamberlainlaw.com